| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Owen, Priscilla R. | 2. Court or Organization<br><br>Fifth Circuit Court of Appeals | 3. Date of Report<br><br>05/16/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Homer Thornberry Judicial Bldg<br>903 San Jacinto Blvd., Rm 434<br>Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Texas Hearing and Service Dogs |
| 2. | Advisory Board Member | Federalist Society, Austin Chapter |
| 3. | Advisory Board Member | Federalist Society, Houston Chapter |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2010 | State of Texas Employee Retirement System, Judicial Retirement Plan System II; age 65, 50% of state salary paid TX Supreme Court justice or 40% at 60 |
| 2. | | |
| 3. | | |

Owen, Priscilla R.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | United States Department of Agriculture - Direct and Counter Cyclical Program | $217.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/16/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Federated Prime Obligation #10 | A | Dividend | J | T | Sold (part) | 01/14/10 | J | | |
| 2. | | | | | Sold (part) | 02/16/10 | J | | |
| 3. | | | | | Sold (part) | 03/15/10 | J | | |
| 4. | | | | | Sold (part) | 04/15/10 | J | | |
| 5. | | | | | Sold (part) | 05/17/10 | J | | |
| 6. | | | | | Sold (part) | 06/15/10 | J | | |
| 7. | | | | | Sold (part) | 07/15/10 | J | | |
| 8. | | | | | Sold (part) | 08/16/10 | J | | |
| 9. | | | | | Sold (part) | 09/16/10 | J | | |
| 10. | | | | | Sold (part) | 10/18/10 | J | | |
| 11. | | | | | Sold (part) | 11/16/10 | J | | |
| 12. | | | | | Sold (part) | 12/15/10 | J | | |
| 13. | | | | | Buy (add'l) | 01/04/10 | J | | |
| 14. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 15. | | | | | Buy (add'l) | 03/01/10 | J | | |
| 16. | | | | | Buy (add'l) | 03/30/10 | J | | |
| 17. | | | | | Buy (add'l) | 04/05/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 05/03/10 | J | | |
| 19. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 20. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 21. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 22. | | | | | Buy (add'l) | 08/02/10 | J | | |
| 23. | | | | | Buy (add'l) | 09/01/10 | J | | |
| 24. | | | | | Buy (add'l) | 09/24/10 | J | | |
| 25. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 26. | | | | | Buy (add'l) | 11/01/10 | J | | |
| 27. | | | | | Buy (add'l) | 12/01/10 | J | | |
| 28. | | | | | Buy (add'l) | 12/16/10 | J | | |
| 29. | | | | | Buy (add'l) | 12/27/10 | J | | |
| 30. T Rowe Price Mid-Cap Growth Fund | | None | J | T | | | | | |
| 31. Vanguard Index Funds 500 Index Fund Signal Shs (fmrly Vangua | A | Dividend | J | T | | | | | |
| 32. 1/8 interest, surface ▓▓▓ Matagorda County, TX | B | Rent | L | W | | | | | |
| 33. 1/12 mineral interest ▓▓▓ Matagorda County, TX | A | Rent | J | W | | | | | |
| 34. 1/4 surface interest in ▓▓▓ Matagorda County, TX | A | Rent | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. mineral interest, ▓▓▓ Matagorda County TX (Brigham) | | None | J | W | | | | | |
| 36. ▓▓ land, Matagorda County, TX | A | Rent | J | W | | | | | |
| 37. net royalty .0040779 (Apache), Matagorda County, TX | | None | J | W | | | | | |
| 38. net royalty .0016627 (Unit) Matagorda County, TX | | None | J | W | | | | | |
| 39. 7/24 mineral int. (Holliman), ▓▓▓ Matagorda Cty, TX | | None | J | W | | | | | |
| 40. royalty or mineral interests in Matagorda, Brazoria, Cts.,TX | | None | J | W | | | | | |
| 41. cash, Community Bank & Trust | A | Interest | J | T | | | | | |
| 42. cash, Chase checking | A | Interest | J | T | | | | | |
| 43. cash, Chase money market | A | Interest | J | T | | | | | |
| 44. Federated Prime Obligation #10 (IRA) | A | Dividend | M | T | | | | | |
| 45. | | | | | Sold (part) | 01/14/10 | J | | |
| 46. | | | | | Sold (part) | 02/16/10 | J | | |
| 47. | | | | | Sold (part) | 03/15/10 | J | | |
| 48. | | | | | Sold (part) | 03/18/10 | K | | |
| 49. | | | | | Sold (part) | 03/29/10 | K | | |
| 50. | | | | | Sold (part) | 04/15/10 | J | | |
| 51. | | | | | Sold (part) | 05/17/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 06/15/10 | J | | |
| 53. | | | | | Sold (part) | 06/28/10 | K | | |
| 54. | | | | | Sold (part) | 07/15/10 | J | | |
| 55. | | | | | Sold (part) | 07/28/10 | K | | |
| 56. | | | | | Sold (part) | 08/16/10 | J | | |
| 57. | | | | | Sold (part) | 09/15/10 | J | | |
| 58. | | | | | Sold (part) | 10/18/10 | J | | |
| 59. | | | | | Sold (part) | 11/16/10 | J | | |
| 60. | | | | | Sold (part) | 12/15/10 | J | | |
| 61. | | | | | Sold (part) | 12/30/10 | J | | |
| 62. | | | | | Sold (part) | 12/31/10 | J | | |
| 63. | | | | | Buy (add'l) | 01/04/10 | J | | |
| 64. | | | | | Buy (add'l) | 01/05/10 | J | | |
| 65. | | | | | Buy (add'l) | 01/28/10 | J | | |
| 66. | | | | | Buy (add'l) | 01/28/10 | K | | |
| 67. | | | | | Buy (add'l) | 02/01/10 | J | | |
| 68. | | | | | Buy (add'l) | 02/02/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 03/01/10 | J | | |
| 70. | | | | | Buy (add'l) | 03/15/10 | K | | |
| 71. | | | | | Buy (add'l) | 03/25/10 | J | | |
| 72. | | | | | Buy (add'l) | 03/30/10 | J | | |
| 73. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 74. | | | | | Buy (add'l) | 04/01/10 | J | | |
| 75. | | | | | Buy (add'l) | 04/05/10 | J | | |
| 76. | | | | | Buy (add'l) | 04/23/10 | J | | |
| 77. | | | | | Buy (add'l) | 05/03/10 | J | | |
| 78. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 79. | | | | | Buy (add'l) | 06/10/10 | J | | |
| 80. | | | | | Buy (add'l) | 06/24/10 | J | | |
| 81. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 82. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 83. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 84. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 85. | | | | | Buy (add'l) | 07/22/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 87. | | | | | Buy (add'l) | 08/02/10 | J | | |
| 88. | | | | | Buy (add'l) | 09/01/10 | J | | |
| 89. | | | | | Buy (add'l) | 09/08/10 | K | | |
| 90. | | | | | Buy (add'l) | 09/17/10 | K | | |
| 91. | | | | | Buy (add'l) | 09/24/10 | J | | |
| 92. | | | | | Buy (add'l) | 09/24/10 | K | | |
| 93. | | | | | Buy (add'l) | 09/29/10 | K | | |
| 94. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 95. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 96. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 97. | | | | | Buy (add'l) | 10/25/10 | K | | |
| 98. | | | | | Buy (add'l) | 11/01/10 | J | | |
| 99. | | | | | Buy (add'l) | 12/01/10 | J | | |
| 100. | | | | | Buy (add'l) | 12/09/10 | J | | |
| 101. | | | | | Buy (add'l) | 12/09/10 | K | | |
| 102. | | | | | Buy (add'l) | 12/23/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Buy (add'l) | 12/23/10 | K | | |
| 104. | | | | | Buy (add'l) | 12/27/10 | J | | |
| 105. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 106. LKCM Small Cap Equity Fund (IRA) | | None | | | Sold | 09/24/10 | K | | |
| 107. T Rowe Price Blue Chip Growth Fund (IRA) | | None | | | Sold | 09/17/10 | K | | |
| 108. T Rowe Price Mid-Cap Growth Fund (IRA) | | None | | | Sold | 09/08/10 | K | D | |
| 109. T Rowe Price Equity Income Fund | | None | | | Sold | 10/25/10 | K | A | |
| 110. Vanguard Index Funds 500 Index Signal Shs (IRA)(fmrly Vangua | B | Dividend | L | T | Sold (part) | 12/23/10 | K | A | |
| 111. Vanguard Total Stock Market Fund (IRA) | A | Dividend | | | Sold | 10/25/10 | J | A | |
| 112. Vanguard Developed Mkts Index Fund | | None | | | Sold | 10/25/10 | K | A | |
| 113. Dodge & Cox International (IRA) | B | Dividend | L | T | | | | | |
| 114. Federal Home LN MTG Corp MTN NOTE 5.0% 1/30/14 (IRA) | A | Interest | J | T | | | | | |
| 115. FHLMC StrNt 3% 10-28-16 | | None | | | Redeemed | 01/28/10 | K | | |
| 116. FNMA 3.00% 12/15/16 | | None | | | Redeemed | 03/15/10 | K | | |
| 117. FNMA StrNt 2% 12/9/16 | A | Interest | | | Redeemed | 12/09/10 | K | | |
| 118. FNMA StrNt 4% 10/22/24 | A | Interest | | | Redeemed | 07/22/10 | K | | |
| 119. Vanguard Short Term U.S. Treasury Portfolio | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Vanguard Fixed Income Secs Fund Incinc Short Term Gov't Bond | A | Dividend | K | T | | | | | |
| 121. FNMA StrNt 1.5% 7/28/15 | | None | L | T | Buy | 07/28/10 | K | | |
| 122. FNMA StrNt 2% 12/30/20 | | None | L | T | Buy | 12/30/10 | K | | |
| 123. Vanguard GNMA Fund Investor Shares | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 124. Vanguard Intermediate Term Inv Grade Fund Inv Sh | A | Dividend | J | T | Buy | 06/28/10 | J | | |
| 125. Vanguard Short Term Investment Grade Bond Fund | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 126. Vanguard Intermediate Term Tax-Exempt Fund | A | Dividend | J | T | Buy | 06/28/10 | J | | |
| 127. National Covenant Properties -- CD | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/16/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R. | 05/16/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Priscilla R. Owen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544